UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

          Plaintiff,

   v.

JOSE ARREOLA-REYES,

          Defendant.

CASE NO. CR11-5359 BHS

ORDER DENYING DEFENDANT'S MOTION FOR RETURN OF PROPERTY

This matter comes before the Court on Defendant Jose Arreola-Reyes's ("Defendant") motion for return of property (Dkt. 55).

On May 9, 2014, Defendant filed the instant motion requesting return of certain property that was seized when Defendant was arrested in June of 2011. Dkt. 55. On May 23, 2014, the Government responded and argues that (1) Defendant forfeited the property as part of his plea agreement and (2) even if it wasn't forfeited, the property was seized pursuant to a state issued warrant and the Federal Rules of Criminal Procedure do not apply in this case. Dkt. 60. The Court agrees with the Government on both points. Therefore, the Court denies Defendant's motion because Defendant forfeited the property and the federal rules do not apply to the seizure of the property.

**IT IS SO ORDERED.**

Dated this 10th day of July, 2014.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge

ORDER - 1